UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-10867-PD Date: November 6, 2026

Title *Ana Sanchez, et al. v. Pyramid LA Management L.P., et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why Defendant's Counsel Should Not Be Sanctioned For Failure to Appear and Order Directing Parties to Submit Joint Status Report**

On November 6, 2026, the Court held a Status Conference via Zoom. Counsel for Defendant Pyramid LA Management L.P. ("Defendant") did not appear.

Therefore, the Court ORDERS counsel for Defendant to show cause in writing by no later than **November 13, 2026**, why counsel should not be sanctioned for failure to appear at the Status Conference.

Further, the Court orders the parties to submit a Joint Status Report by no later than **November 13, 2026**.

**IT IS SO ORDERED**.